

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

LESLIE DAVIS,

                              Plaintiff,

-against-

COUNTY WASTE AND RECYCLING SERVICES,
INC., SCOTT EARL, and ERNIE PALMER,

                              Defendants.

**Stipulation of Discontinuance**

Case No.: 10-CV-00260

(NAM/DRH)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to have appeared in the above entitled actions, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of these actions, the above entitled action be, and the same hereby is discontinued, with prejudice, without costs to any party as against any other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: April 29, 20101

/s/ Joshua Friedman
Joshua Friedman, Esq.
Bar Roll No. 515110
Attorneys for Plaintiff
25 Senate Place
Larchmont, New York 10538

/S/ Phillip G. Steck
Phillip G. Steck, Esq.
Bar Roll No. 102664
Cooper Erving & Savage LLP
Attorneys for Defendants
39 North Pearl Street
Albany, New York 12207

SO ORDERED:

/s/ [signature]
USDJ